

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2022

No. 04-21-00353-CV

Amar **GUEYE**,
Appellant

v.

Luz **TORRES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV02073
Honorable J Frank Davis, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

Appellant filed an "Amended Notice of Appeal" and "Motion in Support of Appellant's Notice of Appeal." This court issued an opinion in this appeal on August 24, 2022. Therefore, we construe appellant's amended notice and motion as a motion for rehearing. After consideration, we **deny** the motion.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court